IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02078-WDM-KLM

BRIAN TAYLOR,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Attend the Rule 16 Scheduling and Planning Conference Telephonically by Accounts Receivable Management, Inc.** [Docket No. 10; filed November 20, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.** Defendant is directed to call Chambers at the appointed date and time at (303)-844-4892.

Dated:     November 21, 2007